UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH CHRISTANO,

        Plaintiff,

    v.                              **Civil Action No.  14-CV-327C**

ALPHA RECOVERY CORPORATION,

        Defendant.
_____

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Joseph Christano, hereby voluntarily dismisses this action against Defendant, Alpha Recovery Corporation, with prejudice.

DATED:  February 5, 2016

/s/ Seth J. Andrews_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884